**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF FEBRUARY 10, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------------

**None**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------------

**WD77062**      **State of Missouri vs. Jessuan Lamar Cowans**